# Court of Appeals
# of the State of Georgia

ATLANTA,  April 10, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0357. MARCI IVY v. BERNARD MOORE, JR.

Following her divorce, Marci Ivy filed a complaint for equitable partition of the marital residence and sale of the property. The trial court entered final judgment in her favor, and defendant Bernard Moore, Jr. filed a motion for new trial. The trial court granted the motion for new trial and transferred the case to family law division. Ivy filed this discretionary application from the trial court's ruling.

The grant of a motion for new trial is an interlocutory ruling. See *Rockdale Awning & Iron Co. v. Kerbow*, 210 Ga. App. 119, 120 (2) (435 SE2d 619) (1993). In order to appeal such an order, an applicant must comply with the interlocutory appeal procedure and obtain a certificate of immediate review. See OCGA § 5-6-34 (b). Although Ivy filed a discretionary application, "[t]he discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Ivy's failure to follow the proper appellate procedure deprives us of jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/10/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , Clerk.